receipt
# 11090987
$4.58

# THOMAS J. GAFFNEY
### BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

November 23, 2010

Clerk of the Court
300 Pearl Street
Olympic Towers
Buffalo, NY 14202



Re: In re ROGACKI, DAVID A. ROGACKI, CHRISTINE S.
Case No. 09-14555 MJK

Dear Creditor:

Enclosed please find Trustee Check No. 10116 in the amount of $4.58, payable to the Court which represents Claim No. # 6 (GE Money Bank) $2.54 & #13 (PYOD) $2.04.

For your records, I have also enclosed a copy of one (1) Order Allowing and the Claims Proposed Distribution.

Truly yours,

THOMAS J. GAFFNEY
Bankruptcy Trustee

Enclosure

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                          Chapter 7
ROGACKI, DAVID A.
ROGACKI, CHRISTINE S.                           Case No. 09-14555 MJK

                              Debtor(s).

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) for which approval has not yet been sought, and the Court having considered filed objections, if any, and upon due deliberation, it is

ORDERED that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amounts Allowed | |
| --- | --- | --- |
| | Compensation | Expenses |
| THOMAS J. GAFFNEY | $        538.59 | $        40.66 |
| Trustee | | |

and it is further

ORDERED that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) not yet approved are now allowed and approved, and it is further

ORDERED that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

| | | |
| --- | --- | --- |
| Notices | $ | |
| Claims | $ | |
| Complaints | $ | |
| Other | $ | |
| Total to Clerk | $ | 00 |

Dated: 8/24/10     OCT 2 0 2010

_____
Honorable MICHAEL J. KAPLAN
United States Bankruptcy Judge

F I L E D
OCT 2 0 2010
BANKRUPTCY COURT
BUFFALO, NY

# Claims Proposed Distribution
## Case: 09-14555 ROGACKI, DAVID A.

| Case Balance: | $2,154.37 | Total Proposed Payment: | $2,154.37 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | THOMAS J. GAFFNEY <2200-00 Trustee Expenses> | Admin Ch. 7 | 40.66 | 40.66 | 0.00 | 40.66 | 40.66 | 2,113.71 |
| | THOMAS J. GAFFNEY <2100-00 Trustee Compensation> | Admin Ch. 7 | 538.59 | 538.59 | 0.00 | 538.59 | 538.59 | 1,575.12 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **579.25** | **579.25** | **0.00** | **579.25** | **579.25** | |
| 1 | Chase Bank USA, N.A. | Unsecured | 4,919.38 | 4,919.38 | 0.00 | 4,919.38 | 190.21 | 1,384.91 |
| 2 | Chase Bank USA, N.A. | Unsecured | 3,715.78 | 3,715.78 | 0.00 | 3,715.78 | 143.66 | 1,241.25 |
| 3 | Chase Bank USA, N.A. | Unsecured | 941.16 | 941.16 | 0.00 | 941.16 | 36.39 | 1,204.86 |
| 4 | Chase Bank USA, N.A. | Unsecured | 3,668.27 | 3,668.27 | 0.00 | 3,668.27 | 141.82 | 1,063.04 |
| 5 | Chase Bank USA, N.A. | Unsecured | 145.55 | 145.55 | 0.00 | 145.55 | 5.63 | 1,057.41 |
| 6 | GE Money Bank | Unsecured | 65.80 | 65.80 | 0.00 | 65.80 | 2.54 | 1,054.87 |
| 7 | Fia Card Services, NA/Bank of America | Unsecured | 1,656.84 | 1,656.84 | 0.00 | 1,656.84 | 64.06 | 990.81 |
| 8 | Fia Card Services, NA/Bank of America | Unsecured | 2,104.86 | 2,104.86 | 0.00 | 2,104.86 | 81.38 | 909.43 |
| 9 | Fia Card Services, NA/Bank of America | Unsecured | 8,787.13 | 8,787.13 | 0.00 | 8,787.13 | 339.73 | 569.70 |
| 10 | Fia Card Services, NA/Bank of America | Unsecured | 3,581.21 | 3,581.21 | 0.00 | 3,581.21 | 138.46 | 431.24 |
| 11 | Fia Card Services, NA/Bank of America | Unsecured | 6,630.22 | 6,630.22 | 0.00 | 6,630.22 | 256.34 | 174.90 |
| 12 | Fia Card Services, NA/Bank of America | Unsecured | 203.66 | 203.66 | 0.00 | 203.66 | 7.87 | 167.03 |
| 13 | PYOD LLC its successors and assigns as assignee of | Unsecured | 52.89 | 52.89 | 0.00 | 52.89 | 2.04 | 164.99 |
| 14 | PYOD LLC its successors and assigns as assignee of | Unsecured | 1,231.66 | 1,231.66 | 0.00 | 1,231.66 | 47.62 | 117.37 |
| 15 | PYOD LLC its successors and assigns as assignee of | Unsecured | 3,035.89 | 3,035.89 | 0.00 | 3,035.89 | 117.37 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **40,740.30** | **40,740.30** | **0.00** | **40,740.30** | **1,575.12** | |

## Claims Proposed Distribution
### Case: 09-14555   ROGACKI, DAVID A.

| Case Balance: | $2,154.37 | Total Proposed Payment: | $2,154.37 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 09-14555 : | | $41,319.55 | $41,319.55 | $0.00 | $41,319.55 | $2,154.37 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $579.25 | $579.25 | $0.00 | $579.25 | 100.000000% |
| Total Unsecured Claims : | $40,740.30 | $40,740.30 | $0.00 | $1,575.12 | 3.866245% |